

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-24-00326-CV |
| IN THE INTEREST OF | § | Appeal from the |
| A.M.C.B., A.N.C.B., and G.A.B., | § | 65th Judicial District Court |
| CHILDREN. | § | of El Paso County, Texas |
| | § | (TC# 2022DCM6992) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for failure to correct a defect within the time required by notice from the clerk. We therefore dismiss the appeal without prejudice to Appellant's right to timely file a notice of appeal in accordance with the applicable Texas Rules of Appellate Procedure. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF SEPTEMBER 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, J.J.